# United States Court of Appeals
## For the First Circuit

No. 03-1204

UNITED STATES OF AMERICA,

Appellee,

v.

JOHN BRENNICK,

Defendant, Appellant.

ERRATA

The opinion of this Court, issued on July 29, 2003, should be amended as follows.

On page 8, line 6 of 2nd full paragraph, delete ", 1154".